### GOSS et al. v. VERZI et al.

(Court of Appeals of District of Columbia. Submitted January 3, 1923. Decided June 4, 1923.)

No. 3865.

Appeal and error ⊂⟹1138—Refusal of injunction, after complainants were afforded complete remedy by appeal from rent commission, affirmed.

A decree dismissing a bill to enjoin the tenants and the rent commission from carrying out an order of the commission fixing rents for an apartment building will be affirmed, where the plaintiffs had been afforded a complete remedy at law by an appeal from the decision of the rent commission, in which they obtained the relief sought by the injunction.

Appeal from the Supreme Court of the District of Columbia.

Bill in equity by Nannie E. Goss and another against Georgia M. Verzi and others. From a decree dismissing the bill, complainants appeal. Affirmed.

W. Gwynn Gardiner, of Washington, D. C., for appellants.

Chapin Brown, of Washington, D. C., for Rent Commission.

George W. Offutt, Jr., C. V. Imlay, and J. N. Halper, all of Washington, D. C., for appellees.

Before ROBB and VAN ORSDEL, Associate Justices, and SMITH, Judge of the United States Court of Customs Appeals.

VAN ORSDEL, Associate Justice. This case involves the same property as in Smith Co. v. Verzi et al. (No. 3910) —— App. D. C. ——, 290 Fed. 338, this day decided on appeal from the rent commission of the District of Columbia.

Appellants, owners of the property in question, filed a bill in equity in the Supreme Court of the District of Columbia, seeking an injunction to restrain defendants and the rent commission from enforcing or attempting to enforce the order of the rent commission of April 22, 1922, from which the appeal in the above case was taken; and that defendants, tenants, and each of them be enjoined from paying rent at the reduced rate fixed by the rent commission in said order. From a decree sustaining a motion to dismiss the bill, this appeal was taken.

Inasmuch as the relief sought by injunction has been accorded plaintiffs on the appeal from the order of the rent commission, and since a complete and adequate remedy was furnished plaintiffs by appeal, further consideration of this case is unnecessary.

The decree is affirmed, with costs.

---

⊂⟹For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes